■ In the Matter of ROBERT I. REED, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents. [937 NYS2d 640]—

It is well settled that no appeal lies from the denial of an ex parte application for an order to show cause (*see Matter of Tafari v Rock*, 85 AD3d 1485 [2011], *lv dismissed* 17 NY3d 949 [2011]; *Matter of Harris v Travis*, 302 AD2d 649, 650 [2003]). Consequently, the appeal must be dismissed.

Mercure, A.P.J., Rose, Lahtinen, Stein and Egan Jr., JJ., concur. Ordered that the appeal is dismissed, without costs.